DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSEL HUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-2866

[January 28, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12013130CF10A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

The order revoking appellant's probation is affirmed, but we remand for compliance with Florida Rule of Criminal Procedure 3.995, as the trial court failed to specify the conditions of probation that the appellant was found to have violated. *See A.T.J.F. v. State*, 78 So. 3d 57 (Fla. 4th DCA 2012).

WARNER, GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***